UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA

    -against-

GANISHER BIDJIEV,

               Defendant.

------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 7 2020
```

ORDER

18 Crim. 509-27 (GBD)

GEORGE B. DANIELS, District Judge:

    The July 16, 2020 sentencing is adjourned to November 5, 2020 at 10:00 a.m.

Dated: July 7, 2020
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE